IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:17CV238 |
| vs. | ORDER |
| JAN M. MENGEDOHT, Individually, and as Executor of the Charles A. Mengedoht Estate and as Trustee of the H C J Holdings Trust; and WASHINGTON COUNTY TREASURER, | |
| Defendants. | |

Defendant Jan M. Mengedoht has filed a pro se motion to dismiss on behalf of herself and co-defendants, the Estate of Charles A. Mengedoht and H C J Holdings Trust. Neither a trust nor an estate cannot litigate in this forum without representation by licensed counsel. [Knoefler v. United Bank of Bismarck, 20 F.3d 347, 347-48 (8th Cir. 1994)](). Accordingly,

IT IS ORDERED:

1) On or before September 6, 2017, Defendants the Estate of Charles A. Mengedoht and H C J Holdings Trust shall obtain the services of counsel and have that attorney file an appearance on their behalf, in the absence of which the court may file an entry and/or judgment of default against each non-complying party without further notice.

2) The clerk shall mail a copy of this order to Defendant Jan M. Mengedoht at 19855 County Road 11, Herman, NE 68029.

3) Plaintiff's deadline for responding to Defendants' motion to dismiss is stayed pending further order of the court.

August 16, 2017.

BY THE COURT:
*s/ Cheryl R. Zwart*
United States Magistrate Judge