IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>JAN M. MENGEDOHT, Individually, and as Executor of the Charles A. Mengedoht Estate and as Trustee of the H C J Holdings Trust; and WASHINGTON COUNTY TREASURER,<br><br>        Defendants. | 8:17CV238<br><br>**FINDINGS, RECOMMENDATION AND ORDER** |

      On August 16, 2017, the court ordered Defendants Estate of Charles A. Mengedoht and H C J Holdings Trust to obtain the services of counsel and have that attorney file an appearance on their behalf by no later than September 6, 2017. The order warned that failure to comply with the court's order may result in an entry of default and/or default judgment against the noncomplying defendants. (Filing No. 10). The order was mailed to Defendant Jan M. Mengedoht, who accepted service on behalf of Defendants Estate of Charles A. Mengedoht and H C J Holdings Trust, and who purportedly filed a motion to dismiss on their behalf. The mailing was mailed to Jan M. Mengedoht's address of record and it not returned.

      Defendants Estate of Charles A. Mengedoht and H C J Holdings Trust failed to comply with the court's order.

      Accordingly,

IT IS RECOMMENDED, pursuant to 28 U.S.C. § 636(b), that the assigned District Judge enter a default and/or default judgment against Defendants Estate of Charles A. Mengedoht and H C J Holdings Trust without further notice.

The parties are notified that failing to file an objection to this recommendation as provided in the local rules of this court may be held to be a waiver of any right to appeal the court's adoption of the recommendation.

IT IS FURTHER ORDERED: The clerk shall mail a copy of this recommendation to Jan M. Mengedoht at 19855 County Road 11, Herman, NE 68029.

September 6, 2017.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge