IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JAN M. MENGEDOHT, Individually, and as Executor of the Charles A. Mengedoht Estate and as Trustee of the H C J Holdings Trust; and WASHINGTON COUNTY TREASURER,<br><br>    Defendants. | 8:17CV238<br><br>ORDER |

This matter is before the court on defendant Jan M. Mengedoht's second set of standing objections and refusal for cause, Filing No. 16. Pursuant to the court's order dated December 12, 2017, Filing No. 15, Jan M. Mengedoht was directed to file a brief in support of his motion to dismiss, Filing No. 8, within 14 days of the date of the order. He filed his standing objections, Filing No. 16, which the court construes as a brief. The United States shall file a responsive brief within 7 days of the date of this order.

IT IS SO ORDERED.

Dated this 10th day of January, 2018.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge