IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JAN M. MENGEDOHT, *et al.*,<br><br>    Defendants. | Case No. 8:17-cv-00238-JFB-SMB<br><br>**INDEX OF EVIDENTIARY MATERIALS SUBMITTED IN SUPPORT OF UNITED STATES' MOTION FOR SUMMARY JUDGMENT** |

  Pursuant to NECivR 7.1(a)(2), the United States submits the following evidentiary materials in support of its motion for summary judgment:

1. Declaration of Shawn M. Kennedy dated September 11, 2018, with the following exhibits:

    A. Certificate of Death of Carl A. Mengedoht

    B. Certification of Lack of Record (IRS Form 3050)

    C. Certification of Assessment and Payments (IRS Form 4340)

    D. Notice of Federal Tax Lien

    E. "Assignment" made January 5, 1993, executed by Carl A. Mengedoht

2. Declaration of Martin M. Shoemaker dated September 24, 2018, with the following exhibit:

    F. Transcript of Jan Mengedoht's deposition taken on July 12, 2018

              Respectfully submitted,

              JOSEPH P. KELLY
              United States Attorney

              */s/ Martin M. Shoemaker*
              MARTIN M. SHOEMAKER
              Ga. Bar # 001340
              U.S. Dept. of Justice, Tax Division
              P.O. Box 7238
              Washington, DC  20044
              Phone:  (202) 514-6491
              Fax:  (202) 514-6770

Email: martin.m.shoemaker@usdoj.gov
Attorney for plaintiff, U.S.A.

Certificate of Service

    I hereby certify that on September 24, 2018, I electronically filed the foregoing with the clerk of court using the cm/ecf system which will send a notice of electronic filing to all registered participants in this case. I further certify that I served the foregoing document and the notice of electronic filing by FedEx addressed to the following non-cm/ecf participants:

    Jan M. Mengedoht, 19855 County Road 11, Herman, NE 68029

    /s/ Martin M. Shoemaker