WHEN THIS COPY CARRIES THE RAISED SEAL OF THE NEBRASKA HEALTH AND HUMAN SERVICES SYSTEM, IT CERTIFIES THE BELOW TO BE A TRUE COPY OF THE ORIGINAL RECORD ON FILE WITH THE NEBRASKA HEALTH AND HUMAN SERVICES SYSTEM, VITAL STATISTICS SECTION, WHICH IS THE LEGAL DEPOSITORY FOR VITAL RECORDS.

DATE OF ISSUANCE
APR 1 2 2005
LINCOLN, NEBRASKA

*Stanley S. Cooper*
STANLEY S. COOPER
ASSISTANT STATE REGISTRAR
HEALTH AND HUMAN SERVICES SYSTEM

## STATE OF NEBRASKA — DEPARTMENT OF HEALTH
### BUREAU OF VITAL STATISTICS
### CERTIFICATE OF DEATH

**98.06611**

| Field | Value |
|---|---|
| 1. DECEDENT - NAME (First Middle Last) | Carl A. Mengedoht |
| 2. SEX | Male |
| 3. DATE OF DEATH (Month, Day, Year) | May 29, 1998 |
| 4. CITY AND STATE OF BIRTH | Rural Herman, Nebraska |
| 5a. AGE - Last Birthday (Yrs) | 73 |
| 6. DATE OF BIRTH | October 12, 1924 |
| 7. SOCIAL SECURITY NUMBER | 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 |
| 8a. PLACE OF DEATH | [X] Residence / Nursing Home |
| 8b. FACILITY - Name | 19855 County Road 11 |
| 8c. CITY TOWN OR LOCATION OF DEATH | Herman |
| 8d. INSIDE CITY LIMITS | No [X] |
| 8e. COUNTY OF DEATH | Washington |
| 9a. RESIDENCE - STATE | Nebraska |
| 9b. COUNTY | Washington |
| 9c. CITY, TOWN OR LOCATION | Herman |
| 9d. STREET AND NUMBER | 19855 County Rd 11 68029 |
| 9e. INSIDE CITY LIMITS | No [X] |
| 10. RACE | White |
| 11. ANCESTRY | German |
| 12. MARITAL STATUS | [X] Divorced |
| 13. NAME OF SPOUSE | None |
| 14a. USUAL OCCUPATION | Farmer |
| 14b. KIND OF BUSINESS/INDUSTRY | Farming |
| 15. EDUCATION | 8th |
| 16. FATHER - NAME | Henry Mengedoht |
| 17. MOTHER | Martha Blum |
| 18. WAS DECEASED EVER IN U.S. ARMED FORCES? | No |
| 19a. INFORMANT - NAME | Jan Mengedoht |
| 19b. INFORMANT MAILING ADDRESS | 19855 County Road 11 Herman, Nebraska 68029 |
| 20. EMBALMER - SIGNATURE & LICENSE NO. | R. A. Rozanek #1155 |
| 21a. METHOD OF DISPOSITION | [X] Burial |
| 21b. DATE | May 31, 1998 |
| 21c. CEMETERY OR CREMATORY NAME | Herman Cemetery |
| 21d. CEMETERY OR CREMATORY LOCATION | Herman, Nebraska |
| 22a. FUNERAL HOME - NAME | Rozanek and Son Colonial Chapel |
| 22b. FUNERAL HOME ADDRESS | 904 North Bell Street, Fremont, Nebraska 68025 |

**23. IMMEDIATE CAUSE**

| PART | Cause | Interval |
|---|---|---|
| (a) | CONGESTIVE HEART FAILURE | IMMEDIATE |
| (b) DUE TO | N/A | N/A |
| (c) DUE TO | N/A | N/A |
| PART II OTHER SIGNIFICANT CONDITIONS | N/A | |

PART II IF FEMALE, WAS THERE A PREGNANCY IN THE PAST 3 MONTHS? N/A
24. AUTOPSY: No [X]
25. WAS CASE REFERRED TO MEDICAL EXAMINER OR CORONER? Yes [X]

26a. N/A — Accident / Suicide / Homicide / Undetermined / Pending / Investigation
26b. DATE OF INJURY: N/A
26c. HOUR OF INJURY: N/A
26d. DESCRIBE HOW INJURY OCCURRED: N/A
26e. INJURY AT WORK: N/A
26f. PLACE OF INJURY: N/A
26g. LOCATION: N/A

25a. DATE SIGNED: JUNE 11, 1998
26b. TIME OF DEATH: UNKNOWN
26c. PRONOUNCED DEAD: MAY 29, 1998 9:56 A.M.

29. DID TOBACCO USE CONTRIBUTE TO THE DEATH? [X] UNKNOWN
30a. HAS ORGAN OR TISSUE DONATION BEEN CONSIDERED? [X] NO
30b. WAS CONSENT GRANTED? [X] NO

31. NAME AND ADDRESS OF CERTIFIER: EDMOND E. TALBOT, III, COUNTY ATTORNEY, COURTHOUSE, 1555 COLFAX, BLAIR, N

32a. REGISTRAR: *Stanley S. Cooper*
32b. DATE FILED BY REGISTRAR: JUN 1 6 1998

**Government Exhibit A**

# Certification of Lack of Record

**To Whom it May Concern:**

I certify that the Commissioner of the Internal Revenue has custody of Federal tax record(s) filed in, or accessible from, the office at the following address:

Street address

1973 N RULON WHITE BLVD MS 7000

| City | State | ZIP code |
|---|---|---|
| OGDEN | UT | 84201 |

The Commissioner of Internal Revenue would have the Federal tax record(s) described below, or entry(ies) pertaining to such record(s), stored at or accessible from this address. I certify that, having made a diligent search for the described record(s), no such record(s) or entry(ies) pertaining to such record(s) was/were found.

## Description of Record(s) Sought

**Taxpayer Identification information**

| Taxpayer name | Taxpayer Identification Number (SSN, TIN, or ITIN) |
|---|---|
| CARL A MENGEDOHT ESTATE | 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V |

Street address

19855 COUNTY ROAD 11

| City | State | ZIP code |
|---|---|---|
| HERMAN | NE | 68029 |

Description of information sought

FORM 706, US ESTATE TAX RETURN

Period(s)

DATE OF DEATH 5-29-1998

---

**Affix IRS Seal here**

Under authority of Commissioner Delegation Order 11-5 (or redelegation thereunder), I certify that the foregoing is true and correct, and I have signed this certification and affixed to it the seal of office of the Internal Revenue Service.

Name

JODY MECHAM

Title

SR DISCLOSURE SPECIALIST

Signature

*Jody Mecham*

Date signed

June 22, 2017

**Government Exhibit B**

Form **3050** (Rev. 3-2006)   Catalog Number 19212C   publish.no.irs.gov   Department of the Treasury-Internal Revenue Service

# United States  of America

## Department of the Treasury
## Internal Revenue Service

Date: June 15, 2017

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed transcript(s) is(are) an exact transcript of the account of the Taxpayer named herein in respect to the taxes specified. It is a true and complete transcript for the period(s) stated of all assessments, abatements, credits, and refunds relating thereto as disclosed by the records of this office as of the date of this certification. It also contains a statement of all unidentified and advanced payments, if any, for the periods(s) stated.

CARL A MENGEDOHT ESTATE

For tax period(s)
Form 706
Certification of Assessment and Payments consisting of 3     page(s)
under the custody of this office.



IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

Gina Y. Gann, Operations Manager
Accounting Control Services Operations
Cincinnati Submission Processing Center

Government Exhibit C

Catalog Number 19002E

Form **2866** (Rev. 09-1997)

```
              CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-----------------------------------------------------------------------------------

CARL A MENGEDOHT ESTATE                    EIN/SSN: 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V


TYPE OF TAX: U.S. ESTATE TAX RETURN
FORM: 706          TAX PERIOD:

                                           ASSESSMENT,    PAYMENT,    ASSESSMENT
DATE          EXPLANATION OF TRANSACTION   OTHER DEBITS   CREDIT      DATE (23C,
                                           (REVERSAL)     (REVERSAL)  RAC 006 )
-----------------------------------------------------------------------------------
07-18-2005  SUBSTITUTE FOR RETURN                              0.00   08-08-2005
            17999-999-99999-5  200530

            ADDITIONAL TAX ASSESSED                             0.00   08-17-2009
            BY EXAMINATION
            AUDIT, CLOSED TO APPEALS
            PRIOR TO 90 DAY LETTER
            17547-609-10100-9  20093108

            FAILURE TO PAY TAX             138,040.00           04-18-2011
            PENALTY
            20111408

            ADDITIONAL TAX ASSESSED        552,159.00           04-18-2011
            BY EXAMINATION
            AGREED AUDIT DEFICIENCY
            PRIOR TO 30 OR 60 DAY
            LETTER
            ASED 20140425
            17547-490-70000-1  20111408

04-18-2011  RENUMBERED RETURN
            17547-490-70000-1

            MISCELLANEOUS PENALTY          400,315.00           04-18-2011
            17547-490-70000-1  20111408

            INTEREST ASSESSED            1,064,866.90           04-18-2011
            20111408

08-25-2011  INTENT TO LEVY COLLECTION
            DUE PROCESS NOTICE
            LEVY NOTICE ISSUED

FORM 4340  (REV. 01-2002)                  PAGE    1
```

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------

CARL A MENGEDOHT ESTATE              EIN/SSN: 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V


TYPE OF TAX: U.S. ESTATE TAX RETURN
FORM: 706        TAX PERIOD:

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| 09-09-2011 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE COLL DUE PROCESS NOTICE REFUSED/UNCLAIMED | | | |
| 10-06-2011 | LIEN CDP NOTICE | | | |
| 10-26-2011 | FEDERAL TAX LIEN | | | |
| 11-21-2011 | FEES AND COLLECTION COSTS | 12.00 | | |
| 05-05-2015 | LEGAL SUIT PENDING | | | |
| 04-18-2011 | Statutory Notice of Balance Due | | | |
| 05-23-2011 | Statutory Notice of Intent to Levy | | | |
| 10-29-2012 | Statutory Notice of Balance Due | | | |
| 11-04-2013 | Statutory Notice of Balance Due | | | |

FORM 4340  (REV. 01-2002)                PAGE    2

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------------

CARL A MENGEDOHT ESTATE                    EIN/SSN: 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V


TYPE OF TAX: U.S. ESTATE TAX RETURN
FORM: 706        TAX PERIOD:
--------------------------------------------------------------------------------

BALANCE      2,155,392.90

--------------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

--------------------------------------------------------------------------------

SIGNATURE OF CERTIFYING OFFICER: _[signature]_

PRINT NAME: GINA GANN

TITLE: OPERATIONS MANAGER, ACCOUNTING CONTROL/SERVICES

DELEGATION ORDER: D.O. 11-5


LOCATION: INTERNAL REVENUE SERVICE


         ACCOUNT STATUS DATE 06/14/2017

FORM 4340  (REV. 01-2002)                        PAGE    3