IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | 8:17CV238 |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| JAN M. MENGEDOHT, Individually, and as Executor of the Carl A. Mengedoht Estate and as Trustee of the H C J Holdings Trust; and WASHINGTON COUNTY TREASURER, | |
| Defendants. | |

This matter is before the Court on defendant Jan M. Mengedoht's motion to vacate, modify, or set aside, Filing No. 60, of this Court's Memorandum and Order, Filing No. 55. The Court has reviewed the motion and finds it is without merit. The Court will deny the motion.

THEREFORE IT IS ORDERED that defendant Jan M. Mengedoht's motion to vacate, modify, or set aside, Filing No. 60, is denied.

Dated this 12th day of February, 2019.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge