IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | 8:17CV238 |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| JAN M. MENGEDOHT, Individually, and as Executor of the Carl A. Mengedoht Estate and as Trustee of the H C J Holdings Trust; and WASHINGTON COUNTY TREASURER, | |
| Defendants. | |

This matter is before the Court on plaintiff's motion to stay. Filing No. 72. Defendant is seeking a stay for the order of sale entered on February 19, 2019. Filing No. 68. The Order of Sale permits the United States to sell certain property. Defendant has appealed this case to the Eighth Circuit Court of Appeals. Filing No. 63. The United States has responded and does not object to a stay of the sale while waiting on a determination by the Eighth Circuit.

THEREFORE, IT IS ORDERED THAT defendant's motion to stay, Filing No. 72, is granted. This case is stayed pending a decision by the Eighth Circuit Court of Appeals.

Dated this 10th day of July, 2019.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge