IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>JAN M. MENGEDOHT, Individually, and as Executor of the Carl A. Mengedoht Estate and as Trustee of the H C J Holdings Trust; and WASHINGTON COUNTY TREASURER,<br><br>        Defendants. | 8:17CV238<br><br>ORDER |

This matter is before the Court on defendant's objection, Filing No. 82, to this Court's Memorandum and Order, Filing No. 81. The Court has reviewed the objection and finds it is without merit.

THEREFORE, IT IS ORDERED that the defendant's objection, Filing No. 82, is overruled.

Dated this 2nd day of April, 2020.

                                                BY THE COURT:

                                                s/ Joseph F. Bataillon
                                                Senior United States District Judge