IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JAN M. MENGEDOHT, *et al.*, ) <br> ) <br> Defendants. ) <br> ) | Case No. 8:17-cv-00238-JFB-SMB <br><br> **AMENDED ORDER CONFIRMING SALE AND DIRECTING DISTRIBUTION OF OF SALE PROCEEDS** |

It has come to the Court's attention that the real property taxes owed to the Washington County Treasurer in the amount of $14,271.12 have been paid in full. Accordingly, IT IS ORDERED THAT the Clerk of Court is directed to distribute the sale proceeds referenced in Filing No. 106 as follows:

1. $4,586.39 to the United States Treasury at address Internal Revenue Service, Attn: Deborah Whitfield, PALS, 2937 South Claremont Avenue, Springfield, Missouri 65804 for purpose of expenses of the sale; and

2. $2,995,413.61 to the United States Department of Justice at address United States Department of Justice Tax Division, Attn: TAXFLU, P.O. Box 310, Ben Franklin Station, Washington D.C. 20044 for purpose of application towards the United States' Civil Judgment.

SO ORDERED this 26th day of September, 2022.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge